THE STATE OF OHIO, APPELLANT, *v.* SCHMICK, APPELLEE.

[Cite as *State v. Schmick,* 144 Ohio St.3d 376, 2015-Ohio-3924.]

(No. 2013–1852—Submitted August 11, 2015—Decided September 29, 2015.)

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the Cuyahoga County Court of Common Pleas on the authority of *State v. Rogers,* 143 Ohio St.3d 385, 2015-Ohio-2459, 38 N.E.3d 860.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, and French, JJ., concur.

O'Neill, J., dissents.

_____

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Joseph J. Ricotta and Adam M. Chaloupka, Assistant Prosecuting Attorneys, for appellant.

John P. Parker, for appellee.